JS6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA –WESTERN DIVISION

| | |
|---|---|
| VOYAGER INDEMNITY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ALFREDO MENDOZA AND RHONDA ROTHSTEIN,<br><br>Defendants. | Case No. 2:23-cv-00339-RGK-AS<br><br>[PROPOSED] JUDGMENT |

Pursuant to this Court's October 16, 2023 Minute Order granting the Trial Motion of Plaintiff Voyager Indemnity Insurance Company ("Voyager") over the opposition of Defendant Alfredo Mendoza ("Mendoza"), and pursuant to this Court's December 12, 2023 Minute Order granting Voyager's Motion for Entry of Default Judgment Against Defendant Rhonda Rothstein ("Rothstein"), it is hereby ORDERED, ADJUDGED, and DECREED:

1. Voyager's Fleet Auto Rental Insurance Policy Number FAR1000060 provides Rothstein liability coverage of no more than $250,000.00 for the motor vehicle accident which took place on January 9, 2019;
2. Voyager is therefore entitled to judgment on its Complaint for Declaratory Judgment against Mendoza and Rothstein;
3. Voyager shall recover its costs of suit.

The Clerk is ordered to enter this Judgment.

Dated: 12/21/2023

_____
JUDGE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE